UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY BOYKIN, ADRIAN BOYKIN,
JENIECE BOYKIN, a minor, by and
through her Next Friend, JEFFREY BOYKIN,
AND JEFFREY BOYKIN, JR., by and through
his Next Friend, JEFFREY BOYKIN,

         Plaintiff(s),         CASE NUMBER: 04-72387
                                     HONORABLE VICTORIA A. ROBERTS

v.

VAN BUREN TOWNSHIP, a municipal
corporation, VAN BUREN TOWNSHIP POLICE
DEPARTMENT, an agency of a municipal
corporation, DALE HARRISON, an individual
and official, CHRIS HAYES, an individual and
official, MEIJER, INC., a Michigan corporation,
GREGORY CHANEY, an individual, and JASON
YOUMANS, an individual,

         Defendant(s).
_____/

## JUDGMENT IN FAVOR OF DEFENDANTS

      This matter came before the Court on a Motion for Summary Judgment on Behalf of Defendants Van Buren Township, Van Buren Township Police Department, Dale Harrison and Chris Hayes, and a Motion for Summary Judgment on Behalf of Defendants Meijer, Chaney and Youmans. Both motions were granted in an Order entered on February 9, 2006.

      The Court awards Judgment in Defendants' favor and against Plaintiff.

      **IT IS SO ORDERED.**

                                                 s/Victoria A. Roberts_____
                                                 Victoria A. Roberts
                                                 United States District Judge

Dated: February 10, 2006

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 10, 2006.<br><br>s/Carol A. Pinegar<br>Deputy Clerk |

2:04-cv-72387-VAR-MKM   Doc # 63   Filed 02/10/06   Pg 2 of 2   Pg ID 1805